### Roy C. THOMPSON, Plaintiff—Appellant,

v.

### James A. BLALOCK; Shasta County Dept. of Resource Management Building Division, Defendants—Appellees.

No. 07–15531.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2008.*

Filed Nov. 25, 2008.

Roy C. Thompson, Redding, CA, for Plaintiff–Appellant.

Monique Grandaw, Brickwood & Underwood, Redding, CA, for Defendants–Appellees.

---

ting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

### MEMORANDUM **

Roy C. Thompson appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action, alleging violation of his rights to a jury trial, for failure to state a claim. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Vasquez v. Los Angeles County*, 487 F.3d 1246, 1249 (9th Cir.2007), and we affirm.

The district court properly dismissed this action because Thompson had no federal constitutional right to a jury trial to challenge his citation for violating the county zoning ordinance. *See Fresno Rifle & Pistol Club, Inc. v. Van De Kamp*, 965 F.2d 723, 730 (9th Cir.1992) (noting that the Seventh Amendment is not applicable to states through the Fourteenth Amendment); *United States v. Stansell*, 847 F.2d 609, 611 (9th Cir.1988) (holding that the Sixth Amendment right to jury trial does not extend to petty offenses; where maximum penalty does not exceed six months imprisonment, $500 fine, or both, offense is presumptively petty); *see also* Cal. Gov't Code § 25132(b).

We decline to consider Thompson's Fourth Amendment claim raised for the first time on appeal. *See Crawford v. Lungren*, 96 F.3d 380, 389 n. 6 (9th Cir. 1996) ("Although the complaint made a passing reference to those claims, the argument is newly minted. The district court is not merely a way station through which parties pass by arguing one issue while holding back a host of others for appeal.").

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Thompson's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-